WILLIAM A. DIVEN, SR., *ET AL.*, PETITIONERS-PETITION-
ERS, v. H. & L. FARMS, RESPONDENT-RESPONDENT.

See same case below: 79 *N. J. Super.* 504.

*Messrs. Parsons, Canzona, Blair & Warren* for the peti-
tioners.

*Messrs. Meredith & Meredith* for the respondent.

September 16, 1963.   Denied.

ETHEL YAHNEL, *ET AL.*, PLAINTIFFS-PETITIONERS, v.
BOARD OF ADJUSTMENT OF JAMESBURG, *ET AL.*, DE-
FENDANTS-RESPONDENTS.

See same case below: 79 *N. J. Super.* 509.

*Mr. Frederick F. Richardson* for the petitioners.

*Messrs. Starr, Summerill & Davis* and *Mr. Guido J. Brigi-
ani* for the respondents.

September 16, 1963.   Denied.